**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

---

**GEVAN MORAN ET AL**                                         **CASE NO. 1:26-CV-00033**

-vs-                                                                           **JUDGE DRELL**

**DEPT OF HEALTH ET AL**                    **MAGISTRATE JUDGE PEREZ-MONTES**

---

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 29), and after independent (de novo) review of the record including the objection filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Amended Complaint (ECF No. 14) is DENIED and DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED at Alexandria, Louisiana this _16th_ day of April 2026.

_____
**DEE D. DRELL, SENIOR JUDGE**
**UNITED STATES DISTRICT COURT**