UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DEPT OF HEALTH ET AL, Petitioner | CRIMINAL DOCKET NO. 1:26-CV-00033 |
| VERSUS | DISTRICT JUDGE DRELL |
| GEVAN MORAN ET AL, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

# JUDGMENT

For the reasons contained in the Report and Recommendation (ECF No. 46) of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objection (ECF No. 47) filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Motion for Preliminary Injunction (ECF No. 3), Motion to Reinstate Motion for Preliminary Injunction (ECF No. 17), and Notice to the Court Regarding Injunction Reset and Cleanup Filings (ECF No. 18) filed by Plaintiff Gevan Moran are DENIED and DISMISSED WITHOUT PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 4th day of ~~July~~ AUGUST 2026.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT